JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG JUNG,<br><br>    Plaintiff,<br> vs.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>    Defendant(s). | Case No. 2:21cv03871-RSWL(SPx)<br><br>**~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: October 26, 2021

                               */S/ RONALD S.W. LEW* _____
                               Honorable Judge of the District Court